

2015 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-18-2015

# In Re: Jevic Holding Corp.

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2015

Recommended Citation

"In Re: Jevic Holding Corp." (2015). *2015 Decisions.* Paper 881.
http://digitalcommons.law.villanova.edu/thirdcircuit_2015/881

This August is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2015 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 14-1465

_____

In re:  JEVIC HOLDING CORP., et al.,

Debtors

OFFICIAL COMMITTEE OF UNSECURED CREDITORS
on behalf of the bankruptcy estates
of Jevic Holding Corp., et al.

v.

CIT GROUP/BUSINESS CREDIT INC.,
in its capacity as Agent;
SUN CAPITAL PARTNERS, INC.;
SUN CAPITAL PARTNERS IV, LP;
SUN CAPITAL PARTNERS MANAGEMENT IV, LLC

CASIMIR CZYZEWSKI; MELVIN L. MYERS;
JEFFREY OEHLERS; ARTHUR E. PERIGARD
and DANIEL C. RICHARDS,
on behalf of themselves and all others similarly situated,

Appellants

_____

On Appeal from the United States District Court
for the District of Delaware
(D.C. No. 13-cv-00104 & 1-13-cv-00105)
District Judge:  Honorable Sue L. Robinson

_____

Argued January 14, 2015

Before:  HARDIMAN, SCIRICA and BARRY, <u>Circuit Judges</u>

## ORDER AMENDING OPINION

IT IS HEREBY ORDERED that the opinion in the above case, filed May 21, 2015, be amended as follows:

Page 14, line 7, which read:
> First, Federal Rule of Bankruptcy Procedure 9019 expressly authorizes settlements as long as they are "fair and equitable."

shall read:
> First, Federal Rule of Bankruptcy Procedure 9019 authorizes settlements as long as they are "fair and equitable."

This amendment does not change the filing date of the judgment or the original opinion.

BY THE COURT,

s/ *Thomas M. Hardiman*
Circuit Judge

DATED: August 18, 2015